WOODS, Respondent, v. LUKE A. BURKE & SONS CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Percival J. Woods against the Luke A. Burke & Sons Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

WORLD'S DISPENSARY MEDICAL ASS'N, Respondent, v. PIERCE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by the World's Dispensary Medical Association against Robert J. Pierce. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 122 N. Y. Supp. 818.

WRIGHT, Respondent, v. KEESLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Charles J. Wright against Coleridge H. Keesler and another. No opinion. Judgment affirmed, with costs.

WRIGHT, Respondent, v. WESTWOOD, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) Action by David S. Wright against Herman J. Westwood, as trustee, etc., impleaded with others. No opinion. Judgment affirmed, with costs.

WURTZ et al., Appellants, v. KEHR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Catherine L. Wurtz and another against Augustus F. Kehr and another. No opinion. Judgment affirmed, with costs. See, also, 131 App. Div. 928, 115 N. Y. Supp. 1125.

YOUNG, Respondent, v. INGALSBE, Appellant. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by William E. Young against Grenville M. Ingalsbe, as executor of the last will and testament of Lyman H. Northrup, deceased. No opinion. Motion denied. See, also, 122 N. Y. Supp. 707, 1116.

YOUNG, Appellant, v. NASSAU ELECTRIC R. Co., Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Jacob Young against the Nassau Electric Railroad Company. No opinion. Order of the Municipal Court affirmed, with costs.

YOVIN, Respondent, v. KING, Appellant. (Supreme Court, Appellate Division, Second Department. Yovin against Cyrus S. King, as administrator, etc., of Charles G. G. King, deceased. No opinion. Judgment and order affirmed, with costs.

LEE, Appellant, v. NEVINS, Respondent. (Supreme Court, Appellate Division, First Department, January, 1910.) Action by Katie Lee against Emma Nevins, as president of the United Garment Workers of America, Local No. 34. No opinion. Judgments affirmed, with costs.

In re NEW YORK & BROOKLYN BRIDGE. (Supreme Court, Appellate Division, First Department. February, 1910.) In the matter of the New York and Brooklyn Bridge. Matter of the petition of William F. Donnelly. No opinion. See memorandum.

END OF CASES IN VOL. 123.